[No. 3766–II.   Division Two.   April 10, 1981.]

*In the Matter of the Marriage of* RAYMOND ANDREW AARDAL, *Respondent, and* SHIRLEY M. AARDAL, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 70076, Tyler C. Moffett, J., entered October 24, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, A.C.J., and Petrich, J.

[No. 3892–II.   Division Two.   April 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH EVERETT GREWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–724, Frank E. Baker, J., entered November 20, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4065–II.   Division Two.   April 10, 1981.]

RAY M. LARSON, *Respondent,* v. EARL D. BUSH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 260911, Robert A. Jacques, J., entered May 4, 1979. *Reversed* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 8556–5–I.   Division One.   April 13, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD M. BOWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–02133–1, Frank H. Roberts, Jr., J., entered February 15, 1980. *Affirmed* by unpublished per curiam opinion.